UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Karen Dobbs	Case No. 09-42487
	Chapter 7
       Debtor.	Honorable Thomas J. Tucker
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $ 191.46 represents the unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347 (a). The name and address of the Party entitled to the unclaimed dividend is as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| First National Bank of Omaha<br>1620 Dodge St.<br>Stop Code 3105<br>Omaha, NE 68197 | 14 | $191.46 |

Dated: February 1, 2011

/s/ Charles J. Taunt_____.
Charles J. Taunt, Trustee (P24589)
700 East Maple, 2nd Floor
Birmingham, MI 48009-6359
(248) 644-7800
Teetaunt@tauntlaw.com
P24589